**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ARLENE S. RAUCH,

     Petitioner

    v.

BRENDA KNAPP,

     Respondent

: No. 217 MAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 17th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.